**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-50473 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-00847-LAB-1 |
| v. | |
| ROBERTO HERNANDEZ-HERNANDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted August 1, 2013 [**]

Before:     GRABER, WARDLAW, and PAEZ, Circuit Judges.

Roberto Hernandez-Hernandez appeals from the district court's judgment

and challenges the 55-month sentence imposed following his guilty-plea

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court did not abuse its discretion in imposing Hernandez's 55-month sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The above-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances.  *See id.*

**AFFIRMED**.